IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KATIFFANY L ZELLNER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00320-TES |
| | * | |
| VERNIA HENRY et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk